**Kenneth L. BLAKE, Plaintiff–
Appellant**

**Sidney Lanier; Lloyd Davis;
Sultan Lane, Plaintiffs**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS; Dwayne Kempker; Mike Kemna; Larry Denney; Terry Page; Darin Morgan; John Brown; Mont-**

---

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

gomery; Dana Hughes; Dan Greene; Russell Hollowell; Karon Gatton; M. Pettigrew; R. Lima; Bradley Bird; Vincent Negus; A. Francis; Doug Worsham; David Mansingh; Lilly Moore; Robin Norris; C.O.I. Cooper; John Does; Bradley Burd; Scott Cooper; Amy Francis; Brian Montgomery; Mandy Pettigrew; Kimberly Ross; James Helton; Wayne Hurley; Lora Welling; Tobey McMullen; Benjamin Brooke, Defendants–Appellees.

No. 14–3516.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 24, 2015.

Filed: Jan. 15, 2016.

Kenneth L. Blake, Cameron, MO, pro se.

Emily A. Dodge, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellees.

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Missouri inmate Kenneth L. Blake appeals the district court's[1] adverse grant of summary judgment in this action under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act. Upon careful consideration of Blake's arguments for reversal, and de novo review of the

record relevant to the claims he raises on appeal, *see Murchison v. Rogers,* 779 F.3d 882, 886–87 (8th Cir.2015) (summary judgment standard of review); *Hess v. Ables,* 714 F.3d 1048, 1051 n. 2 (8th Cir.2013) (abandonment of claims), we find no basis for reversal. We also find no abuse of discretion in the district court's denial of appointed counsel, *see Phillips v. Jasper County Jail,* 437 F.3d 791, 794 (8th Cir. 2006) (there is no constitutional or statutory right to appointed counsel in civil case; relevant criteria), or in the denial of class certification, *see Chaffin v. Rheem Mfg. Co.,* 904 F.2d 1269, 1275–76 (8th Cir.1990). The judgment of the district court is affirmed.

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.